

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00234-CR

———————————————

KENDRICK JOEL SANDERS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 485th District Court
Tarrant County, Texas
Trial Court No. 1700217

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellant Kendrick Joel Sanders filed a notice of appeal for a misdemeanor conviction for which he was sentenced to ninety days in jail. Appellant's brief was due on October 23, 2024, but none was filed. We abated this appeal for the trial court to determine why Appellant had not timely filed a brief.

In accordance with our order, the trial court held a hearing and inquired whether Appellant desired to continue his appeal. Appellant stated unequivocally that he wished to withdraw this appeal.[1]

Accordingly, we dismiss the appeal. *See Austin v. State*, No. 02-19-00302-CR, 2020 WL 2202333, at *1 (Tex. App.—Fort Worth May 7, 2020, no pet.) (mem. op., not designated for publication); *Martinez Rivera v. State*, No. 02-18-00111-CR, 2018 WL 6844136, at *1 (Tex. App.—Fort Worth Dec. 31, 2018, no pet.) (per curiam) (mem. op., not designated for publication); *Hendrix v. State*, 86 S.W.3d 762, 763–64 (Tex. App.—Waco 2002, no pet.) (per curiam) (mem. op.); *Conners v. State*, 966 S.W.2d 108, 109–11 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd); *see also* Tex. R. App. P. 2, 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 16, 2025

---

[1]It appears that there was confusion as to which case Appellant was appealing; Appellant wanted to appeal a different case—a probation-revocation case for evading arrest with a vehicle for which he received a five-year sentence—but the wrong cause number was put on the notice of appeal.